NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 04-20159-02 JW<br>CR 05-00485-JW |
| Plaintiff,<br>v. | **SEALING ORDER PURSUANT TO GENERAL ORDER 54** |
| Sheron Wallace, | |
| Defendant._____/ | |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

  **X**   Presentence Report

  ___   Plea Agreement

  X   Statement of Reasons

  ___   _____
        (Other)

Dated: November 15, 2005            /s/ James Ware

                                                    JAMES WARE
                                                    United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

Shashi Kewalramani
U.S. Attorney's Office
1301 Clay Street, Ste. 340S
Oakland, CA 94612

Paul Meltzer
340 Soquel Avenue, Ste. 212
Santa Cruz, CA 95062

UNITED STATES PROBATION
UNITED STATES PRETRIAL SERVICES
UNITED STATES ATTORNEY'S OFFICE

**Dated: November 15, 2005**                               **Richard W. Wieking, Clerk**

                                                          **By:_/s/_____**
                                                               **Ronald L. Davis**
                                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California